■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOE N. BAILEY, Appellant.— Judgment of the County Court, Nassau County, rendered January 20, 1967, modified, on the law and the facts, by reversing the convictions and sentences on the second and third counts and dismissing those counts. As so modified, judgment affirmed. No evidence was adduced to corroborate the testimony of the accomplice as to the second and third counts (Code Crim. Pro., § 399). Beldock, P. J., Rabin, Hopkins, Benjamin and Martuscello, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STANLEY HALPERN, Appellant.— Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered June 16, 1966 upon resentence, convicting him of robbery in the second degree, grand larceny in the first degree, attempted rape in the first degree and sodomy in the first degree, upon a jury verdict, and imposing concurrent sentences of 5 to 10 years *nunc pro tunc* as of January 15, 1952. Judgment modified, on the law and the facts, to the extent of reversing the conviction and sentence upon, and dismissing, the count for attempted rape in the first degree. As so modified, judgment affirmed. The conviction for attempted rape in the first degree cannot stand, because of the absence of evidence corroborating the complainant's testimony that defendant raped her (*People* v. *English*, 16 N Y 2d 719; cf. *People* v. *King*, 26 A D 2d 832). We have examined the other specifications of error and find them either without basis or not prejudicial. Beldock, P. J., Christ, Rabin, Benjamin and Martuscello, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD MCCARTHY, Appellant.— Appeal from an order of the Supreme Court, Kings County, dated February 18, 1966, dismissed. No appeal lies from an order denying a motion for resentence (*People* v. *Kadin*, 23 A D 2d 699). Nevertheless, we have considered defendant's contentions and, if the appeal were to be determined on the merits, we would affirm. Beldock, P. J., Christ, Brennan, Benjamin and Munder, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OMAR REGUEROS, Appellant.—Appeal from a judgment of the Supreme Court, Queens County, rendered February 3, 1967, convicting defendant of grand larceny in the second degree, upon a plea of guilty, and sentencing him to one year three months to two years six months. Judgment modified, on the law and the facts, by reducing the sentence to the time already served by defendant. As so modified, judgment affirmed. In our opinion, the sentence imposed upon defendant was excessive. In the interests of justice, the sentence should be reduced to the time already served and defendant discharged. Beldock, P. J., Rabin, Hopkins, Benjamin and Martuscello, JJ., concur.